**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/09/2020

IN RE:

NATALIE A. SCHIRRIPA
7020 PINEHURST DRIVE
PRESTO, PA 15142
XXX-XX-6596          Debtor(s)

Case No.15-23234 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/9/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Credit Description / Account |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC - SVCNG A**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT:  BGN 10/15*LN MOD @ CID 65*FR WELLS DOC 108 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7046 |
| **CADLEROCK III LLC**<br>ATTN ON130268<br>100 NORTH CENTER ST<br>NEWTON FALLS, OH  44444 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  59,901.49<br>COMMENT:  AVD/DOE*SEC/SCH*UNS/CL*JDGMT*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6596 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:1-2<br>CLAIM:  0.00<br>COMMENT:  AVD/OE*2ND*W/60*BAL WAIVED/CR*AMD*NTC OF LIEN RELEASE~PIF*CL=$57,083 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3367 |
| **AFNI**<br>P.O. BOX 3097<br>BLOOMINGTON, IL  61702 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~VERIZON~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ALLEGHENY POWER/FKA W PENN PWR****<br>FIRSTENERGY CORP<br>PAYROLL SRVCS DEPT<br>1003 BROAD ST, STE 100<br>JOHNSTOWN, PA  15906-2445 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **ALLEGHENY POWER/FKA W PENN PWR****<br>FIRSTENERGY CORP<br>PAYROLL SRVCS DEPT<br>1003 BROAD ST, STE 100<br>JOHNSTOWN, PA  15906-2445 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ALLIED INTERSTATE++**<br>POB 4000<br>WARRENTON, VA  20188 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **AMERICAN EXPRESS**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  4,584.08<br>COMMENT:  AM GNRL FNC~NO$~DSPTD/SCH*SPRNGLF FNCL SVCS OF INDIANA*STALE DATE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4394 |
| **AMERICAN EXPRESS**<br>P O BOX 53779<br>PHOENIX, AZ  85072 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NT ADR~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0813 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,501.11<br>COMMENT: NO$~DISPUTED/SCH*STALE DTD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **ARROW FINANCIAL SERVICES++**<br>1999 GREENSBURG RD<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8709 |
| **CAPITAL MANAGEMENT SVCS++**<br>726 EXCHANGE ST TE 700<br>BUFFALO, NY 14210 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7120 |
| **CAPITAL MANAGEMENT SVCS++**<br>726 EXCHANGE ST TE 700<br>BUFFALO, NY 14210 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7771 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CHASE MORTGAGE**<br>PO BOX 24696<br>COLUMBUS, OH 43224-0696 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4722 |
| **CITIFINANCIAL INC (NON-RE*)++**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br>COLUMBUS, OH 48216-0117 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH  48216-0117 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2000 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH  48216-0117 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 56.89<br>COMMENT: NO$~0007/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0057 |
| **CASH COLLECTIONS SVCS**<br>PAYMENT PROCESSING CNTR<br>POB 55126<br><br>BOSTON, MA  02205-5216 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CREDIT PROTECTION ASSOC**<br>13355 NOEL RD<br>21ST FLOOR<br><br>DALLAS, TX  75240 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: POEPLES NATURAL GAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1266 |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPT OF E**<br>C/O US DEPARTMENT OF EDUCATION LOAN SE<br>PO BOX 4450<br><br>PORTLAND, OR  97208-4450 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 6,890.87<br>COMMENT: 1007/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6596 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9533<br><br>WILKES-BARRE, PA  18773-9533 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH*SEE CLM 5? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1007 |
| **DISH NETWORK**<br>POB 6633<br><br>ENGLEWOOD, CO  80112 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8430 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ  07193-5480 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~CHASE~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **EMC MORTGAGE CORP(*)**<br>OH-4-7119<br>3415 VISION DR<br><br>COLUMBUS, OH  43219 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1594 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ERC**<br>PO BOX 57547<br><br>JACKSONVILLE, FL 32241 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SPRINT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1594 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br><br>DETROIT, MI  48255-0953 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4486 |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br><br>PHOENIX, AZ  85062 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~LEASE~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3356 |
| **GALAXY INTERNATIONAL PURCHASING LLC**<br>C/O B-LINE LLC*<br>THROUGH ITS SRVCR-RESURGENT CAPITAL SV<br>PO BOX 288<br>GREENVILLE, SC  29603 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6834 |
| **HOUSEHOLD FINANCE CDC****++**<br>PO BOX 9068<br><br>BRANDON, FL  33509 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7244 |
| **HOUSEHOLD FINANCE CDC****++**<br>PO BOX 9068<br><br>BRANDON, FL  33509 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4869 |
| **HOUSEHOLD FINANCE CDC****++**<br>PO BOX 9068<br><br>BRANDON, FL  33509 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPTUED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2208 |
| **HOUSEHOLD FINANCE CDC****++**<br>PO BOX 9068<br><br>BRANDON, FL  33509 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5313 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO YRS~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6596 |
| **NATIONAL AMERICAN CREDIT CORP****<br>1 ALLIED DR<br><br>TREVOSE, PA  19053 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4274 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **NATIONAL AMERICAN CREDIT CORP**<br>1 ALLIED DR<br>TREVOSE, PA 19053 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NATIONAL ENTERPRISE SYSTEMS**<br>29125 SOLON ROAD<br>SOLON, OH 44139 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~VERIZON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4771 |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **OAKDALE BOROUGH(WATER/SWG/GBG)**<br>6115 NOBLESTOWN RD<br>OAKDALE, PA 15071 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~CONFIRM TYPE?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PORTNOFF LAW ASSOCIATES LTD**<br>POB 3020<br>NORRISTOWN, PA 19404 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~CITY OF WASHINGTON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SALLIE MAE**<br>PO BOX 9430<br>WILKES BARRE, PA 18706 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SIM FINANCIAL CORPORATION**<br>11100 USA PKWY<br>FISHERS, IN 46037 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1007 |
| **SIM FINANCIAL CORPORATION**<br>11100 USA PKWY<br>FISHERS, IN 46037 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1007 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **STEPHEN W. DECKER**<br>25 REDSTONE LANE<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **STONE AND STONE**<br>828 FRICK BLDG<br>437 GRANT ST<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPTUED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **TRACE EVIDENCE LLC**<br>C/O STNALEY FERENCE III<br>409 BROAD ST<br><br>SEWICKLEY, PA  15143 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **VERIZON**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPTUED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  434Y |
| **WASHINGTON MUTUAL BANK* ++**<br>7255 BAYMEADOWS WAY<br>MAILSTOP JAXB2007<br><br>JACKSONVILLE, FL  32256 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPTUED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9240 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  27,083.63<br>COMMENT:  NO ACNT NUM~NO$~DSPTD/SCH*WELLS FARGO~HOME PROJECTS VISA*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2553 |
| **WELLS FARGO FINANCIAL DISCOUNT**<br>ATTN: BANKRUPTCY PAYMENT PROCESSING<br>MAC F2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br><br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **WEST ASSET MANAGEMENT**<br>POB 790113<br><br>SAINT LOUIS, MO  63179 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  480.59<br>COMMENT:  NO$-NUM/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8819 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:1-2<br><br>CLAIM:  0.00<br>COMMENT:  AVD@CID3*2ND*ARRS/CL=$2632.43*7500803367*AMD*NTC LIEN RELEASE*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3367 |

CLAIM RECORDS

| | | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC - SVCNG A** | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SVCNG INC(*) | Court Claim Number:10 | ACCOUNT NO.: 7046 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  LN MOD @ CID 65*DK*FR WELLS DOC 108 | |

| | | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC - SVCNG A** | Trustee Claim Number:62  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG INC(*) | Court Claim Number:10 | ACCOUNT NO.: 2118 |
| PO BOX 65450 | | |
| | CLAIM: 7,069.25 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  INTERIM TRIAL MDF/OE*SVCR/OE*LN MOD @65 | |

| | | |
|---|---|---|
| **WEST ALLEGHENY SD & OAKDALE BORO (EIT)** | Trustee Claim Number:63  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O JORDAN TAX SVC-DLNQ YRS | Court Claim Number:6-2 | ACCOUNT NO.: 1245 |
| 102 RAHWAY RD | | |
| | CLAIM: 457.66 | |
| MCMURRAY, PA  15317 | COMMENT:  1245;1116*CL6-1 GOV/STIP@2679.22*06,10/CL*NT/SCH-PL*AMD*DK | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:64  INT %:  0.00% | CRED DESC:  FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.: 15-23234-JAD |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM: 310.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  FILING FEES/OE 3-15-16 | |

| | | |
|---|---|---|
| **SELECT PORTFOLIO SERVICING INC - SVCNG A** | Trustee Claim Number:65  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SVCNG INC(*) | Court Claim Number:10-2 | ACCOUNT NO.: 7046 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  PMT/DECL*1414.12/LN MOD-AMD CL*DK4PMT-LMT*BGN 7/16*AMD*FR WELLS*DOC | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:66  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: LEGACY MORT/PRAE | |