**Form 410**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Natalie A. Schirripa**
**aka Natalie A. Schirripa–Decker, fka Natalie A.**
**Schirripa–Shain**
   Debtor(s)

Bankruptcy Case No.: 15–23234–JAD
Related To Doc. No. 113
Chapter: 13
Docket No.: 114 – 113
Concil. Conf.: October 15, 2020 at 09:00 AM

### ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 4, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **September 21, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 15, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 21, 2020

                                      Jeffery A. Deller
                                      United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-23234-JAD
Natalie A. Schirripa                                                Chapter 13
        Debtor

### CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch            Page 1 of 3            Date Rcvd: Jul 21, 2020
                             Form ID: 410           Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db         #+Natalie A. Schirripa,   118 Hastings Avenue,   Oakdale, PA 15071-1229
14102341   +AFNI/Verizon,   POB 3037,   Bloomington, IL 61702-3037
14160095    AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN, PA 19355-0701
14102344   +Allied Interstate,   POB,   Warrenton, VA 20188
14102345   +American Express Bank FSB,   POB 3001,   Malvern, PA 19355-0701
14102347   +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
14102348   +Amex,   Po Box 1270,   Harrisburg, PA 17108
14102349   +Arrow Financial Services,   4660 Trindle Road No. 300,   Camp Hill, PA 17011-5610
14159848   +Borough of Oakdale/West Allegheny SD,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14102358   ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas,   200 Civic Center Drive 11th Fl.,
             Columbus, OH 43215)
14102362   ++CREDIT PROTECTION ASSOCIATION LP,   PARKWAY CENTER V,   2500 DALLAS PARKWAY SUTIE 500,
             PLANO TX 75093-4805
             (address filed with court: Credit Protection Asso,   13355 Noel Rd Ste 2100,
             Dallas, TX 75240)
14102350    Cadlerock III, LLC,   101 Nort Center Street,   Newton Falls, OH 44444
14102357   +Citifinancial Retail Services,   POB 140489,   Irving, TX 75014-0489
14102367   +EMC Mortgage / Bear Sterns,   c/o Gregory Javardian, Esq.,   1310 Industrial Blvd No. 101,
             Southampton, PA 18966-4030
14102370   +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
14102372   +Galaxy International Purchasing,   POB 1022,   Wixom, MI 48393-1022
14102375   +HFC,   POB 8873,   Virginia Beach, VA 23450-8873
14102376   +HFC,   POB 9616,   Virginia Beach, VA 23450-9616
14102373   +Hfc,   Po Box 9068,   Brandon, FL 33509-9068
14102377    Internal Revenue Service,   c/o Edward Laubach, Esq.,   Suite 601C-Liberty Ctr.,
             Pittsburgh, PA 15222
14102378   +National American Credit,   POB 1099,   Langhorne, PA 19047-6099
14102379   +National American Credit Corp.,   One Allied Drive,   Feasterville Trevose, PA 19053-6945
14102380   +National Enterprise Systems,   29125 Solon Road,   Solon, OH 44139-3442
14102382   +Northland Group,   POB 390905,   Minneapolis, MN 55439-0905
14102383   +Oakdale Borough,   6115 Noblestown Road,   Oakdale, PA 15071-1347
14108882   +PNC BANK,  N/A,   P O BOX 94982,   CLEVELAND  OHIO 44101-4982
14102384    PNC Bank,   POB 5670,   Cleveland, OH 44101
14102385   +Portnoff Law Asso.,   POB 3020,   Norristown, PA 19404-3020
14102390   +Stephen W. Decker,   25 Redstone Lane,   Washington, PA 15301-6324
14102391   +Stone & Stone,   828 Frick Building,   437 Grant Street,   Pittsburgh, PA 15219-6002
14102392   +TraceEvidence LLC,   c/o Stanley Perence III,   409 Broad Street,   Sewickley, PA 15143-1557
14270497    WELLS FARGO BANK, N.A.,   DEFAULT DOCUMENT PROCESSING,   MAC#N9286-01Y,
             1000 BLUE GENTIAN ROAD,   EAGAN, MN 55121-7700
14102394    Wachovia Mortgage,   POB 659558,   San Antonio, TX 78265
14102397   +Wells Fargo,   POB 105693,   Atlanta, GA 30348-5693
14102396   +Wells Fargo,   POB 94498,   Las Vegas, NV 89193-4498
14172892   +Wells Fargo Bank, N.A.,   C/O Wells Fargo Bank, N.A., as servicer,
             Attn: Bankruptcy Department MAC #D3347-0,   3476 Stateview BLVD,   Fort Mill, SC 29715-7203
14102398   +Wells Fargo Financial National Bank,   4137 121st Street,   Urbandale, IA 50323-2310
14102366   +eCast Settlement,   POB 35480,   Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14102343   +E-mail/Text: bankruptcy@firstenergycorp.com Jul 22 2020 04:12:56    Allegheny Power,
             POB 1392,   Fairmont, WV 26555-1392
14102342   +E-mail/Text: bankruptcy@firstenergycorp.com Jul 22 2020 04:12:57    Allegheny Power,
             800 Cabin Hill Drive,   Greensburg, PA 15606-0001
14102354    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 22 2020 04:19:42
             Capital One BAnk USA N.A.,   c/o TSYS Debt Mgmt.,   POB 5155,   Norcross, GA 30091
14121123   +E-mail/Text: gocadle@cadleco.com Jul 22 2020 04:13:22    CadleRock III, L.L.C.,
             100 North Center Street,   Newton Falls, OH 44444-1321
14102351   +E-mail/Text: cms-bk@cms-collect.com Jul 22 2020 04:12:15    Capital Management,
             726 Exchange Street,   Buffalo, NY 14210-1485
14102353   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 22 2020 04:19:42    Capital One,
             POB 70884,   Charlotte, NC 28272-0884
14126228   +E-mail/Text: bankruptcy@cavps.com Jul 22 2020 04:13:18    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14102361   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 22 2020 04:13:45
             Credit Collection Service,   POB 55126,   Boston, MA 02205-5126
14102363   +E-mail/PDF: pa_dc_ed@navient.com Jul 22 2020 04:19:22    Dept Of Ed/Navient,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
14102365   +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 22 2020 04:12:48    Dish Network,   POB  6633,
             Englewood, CO 80155-6633
14102368   +E-mail/Text: bknotice@ercbpo.com Jul 22 2020 04:13:01    Enhanced Recovery,
             8014 Bayberry Road,   Jacksonville, FL 32256-7412
14102369   +E-mail/Text: bknotice@ercbpo.com Jul 22 2020 04:13:01    Erc,   Po Box 57547,
             Jacksonville, FL 32241-7547
```

```
District/off: 0315-2          User: msch              Page 2 of 3             Date Rcvd: Jul 21, 2020
                              Form ID: 410            Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14102371      +E-mail/Text: ally@ebn.phinsolutions.com Jul 22 2020 04:11:59      G M A C,   Po Box 535160,
               Pittsburgh, PA 15253-5160
14102355       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 22 2020 04:19:12      Chase Bank USA,
               POB 15145,   Wilmington, DE 19850
14102356       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 22 2020 04:19:12      Chase Mtg,
               Po Box 24696,   Columbus, OH 43224
14102395       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 22 2020 04:18:39      Washington Mutural,
               POB 660487,   Dallas, TX 75266
14164623       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2020 04:18:49
               LVNV Funding, LLC its successors and assigns as,   assignee of Springleaf Financial,
               Services Of Indiana, Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
15074131       E-mail/Text: jennifer.chacon@spservicing.com Jul 22 2020 04:13:52
               Legacy Mortgage Asset Trust 2019-GS4,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14102381      +E-mail/Text: egssupportservices@alorica.com Jul 22 2020 04:13:06      NCO Financial,
               507 Prudential Road,   Horsham, PA 19044-2308
14158458       E-mail/PDF: pa_dc_ed@navient.com Jul 22 2020 04:19:22
               Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
14102386      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2020 04:19:18
               PRA Receivables Management,   POB 12914,   Norfolk, VA 23541-0914
14102346       E-mail/PDF: cbp@onemainfinancial.com Jul 22 2020 04:19:38      American General,   POB 3251,
               Evansville, IN 47731
14102387      +E-mail/PDF: pa_dc_claims@navient.com Jul 22 2020 04:18:51      Sallie Mae,   POB 9532,
               Wilkes Barre, PA 18773-9532
14102388      +E-mail/PDF: pa_dc_claims@navient.com Jul 22 2020 04:19:23      Slm Financial Corp,
               11100 Usa Pkwy,   Fishers, IN 46037-9203
14102393      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 22 2020 04:11:53
               Verizon,   POB 660748,   Dallas, TX 75266-0748
14102399      +E-mail/Text: XMOpsSupport@alorica.com Jul 22 2020 04:13:06      West Asset Management,
               POB 790113,   Saint Louis, MO 63179-0113
14102400       E-mail/Text: bankruptcy@firstenergycorp.com Jul 22 2020 04:12:56      West Penn Power,
               POB 3615,   Akron, OH 44309-3615
14160416      +E-mail/Text: bankruptcy@firstenergycorp.com Jul 22 2020 04:12:56      West Penn Power,
               5001 NASA Blvd,   Fairmont WV 26554-8248
                                                                                          TOTAL: 28


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Borough of Oakdale
cr             Legacy Mortgage Asset Trust 2019-GS4
cr             WELLS FARGO BANK, N.A.
cr             West Allegheny School District
cr*           +CadleRock III, L.L.C.,   100 North Center Street,   Newton Falls, OH 44444-1321
14102359*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,   POB 742537,   Cincinnati, OH 45274-2537)
14102360*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,   POB 742537,   Cincinnati, OH 45274)
14136595*     ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pa.,   PO Box 117,   Columbus, OH 43216)
14102352*     +Capital Management,   726 Exchange Street,   Buffalo, NY 14210-1485
14102364*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
14102374*     +Hfc,   Po Box 9068,   Brandon, FL 33509-9068
14102389*     +Slm Financial Corp,   11100 Usa Pkwy,   Fishers, IN 46037-9203
                                                                          TOTALS: 4, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0315-2          User: msch              Page 3 of 3            Date Rcvd: Jul 21, 2020
                              Form ID: 410            Total Noticed: 66

            ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
      Andrew M. Lubin   on behalf of Creditor    Legacy Mortgage Asset Trust 2019-GS4
      alubin@milsteadlaw.com,  bkecf@milsteadlaw.com
      Gary William Short    on behalf of Debtor Natalie A. Schirripa garyshortlegal@gmail.com,
      gwshort@verizon.net
      Gary William Short    on behalf of Plaintiff Natalie A. Schirripa garyshortlegal@gmail.com,
      gwshort@verizon.net
      James  Warmbrodt   on behalf of Creditor    Legacy Mortgage Asset Trust 2019-GS4
      bkgroup@kmllawgroup.com
      Jeffrey R. Hunt   on behalf of Creditor    West Allegheny School District jhunt@grblaw.com,
      cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor    Borough of Oakdale jhunt@grblaw.com,
      cnoroski@grblaw.com
      Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                             TOTAL: 9