Declaration to COD schirripa 072320   **In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** ) | |
| **Natalie A. Schirripa,** ) | |
| Debtor, ) | **Case No. 15-23234 JAD** |
| **Ronda J. Winnecour, Trustee,** ) | **Chapter 13** |
| Movant, ) | **Docket No. ____** |
| vs. ) | **Related to Docket No. 113,114** |
| **Natalie A. Schirripa,** ) | **Hearing Date and Time:** |
| Respondent. ) | **October 15, 2020 at 9:00 a.m.** |

**DECLARATION UNDER PENALTY OF
PERJURY IN RESPONSE TO TRUSTEE'S
CERTIFICATE OF DEFAULT**

I (We), Natalie A. Schirripa, hereby declare under penalty of perjury that the statements set forth below in this Declaration and Exhibits are true and correct to the best of my (our) knowledge or information and belief and that I (we) understand this statement and verification is made subject to the penalties of 18 Pa.C.S. Sec. 4904 relating to unsworn falsification to authorities, which provides that if I (we) make knowingly false averments, I (we) may be subject to criminal penalties.

1.    The reason for my (our) default under my (our) plan is that I had a reduction in income but circumstances have improve.

2.    My (Our) current address is 7020 Pinehurst Drive, Presto, PA 15142.

3.    Attached hereto as Exhibit "A" is documentary proof of my most recent payment to the Chapter 13 Trustee which was paid after the day the Trustee filed the Certificate of Default.

Date: August 13, 2020        /s/ Natalie A. Schirripa
                              Natalie A. Schirripa



*Memo from the Law Office of*
*Gary W. Short*
212 Windgap Road
Pittsburgh, PA 15237
T: 412.765.0100
Fax: 412.536.3977
garyshortlegal@gmail.com

*Aug 15*, 20 *20*

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689-4002

Re: Debtor(s): *Natalie Schirripa*

Chapter 13 Case No. : *15-23234 JAD*

Dear Ms. Winnecour:

  Please find enclosed  *1*


  □ money order(s); □ treasurer's check; ☑ cashier's check; □ attorney escrow account check
in the amount of $ *1029l.00* for the Chapter 13 plan of the above named debtor(s). If you
have any questions, please contact my office.


Sincerely,
Gary W. Short

GWS/ws
Enclosure

---

**BANK OF AMERICA**          Cashier's Check          No. 1691700280

Notice to Purchaser : In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.    Void After 90 Days    30-1/1140    NTX    Date 08/13/20 03:04:28 PM

ROBINSON
0003    1000496    0003

Pay    BANK OF AMERICA   ONE ZERO TWO NINE ONE CTS CTS    **$10,291.00**

**Ten Thousand Two Hundred Ninety One and 00/100 Dollars**

To The
Order Of   RONDA J WINNECOUR

Remitter (Purchased By): DECKER GLOBAL, LLC

Bank of America, N.A.
SAN ANTONIO, TX

                              *Michael B. Gillespie*
                              AUTHORIZED SIGNATURE

⑈1691700280⑈ ⑆114000019⑆ 00164100663⑈4⑈   *15-23234*

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

*EXHIBIT "A"*

Print Page  Printer Friendly

## FINANCIAL SUMMARY - CASE 15-23234

NATALIE A. SCHIRRIPA paying **$1,704.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |
|---|---|---|---|---|---|---|

Limits: Select Start Date ▼  Select Claim ID ▼  Select Payee Name ▼   Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 10/2/2015 | | | 24843138 9/21/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 10/2/2015 | | | 24846997 9/21/15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 11/9/2015 | | | 7554254 11-2-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 11/9/2015 | | | 7554243 11-2-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 12/7/2015 | | | 7555020 12-2-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 12/7/2015 | | | 7555031 12-2-15 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 1/8/2016 | | | 7958538 1-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 1/8/2016 | | | 7958539 1-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 2/1/2016 | | | 7958915 1-16-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 2/1/2016 | | | 7958916 1-16-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 3/7/2016 | | | 97958356 3/2/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 3/7/2016 | | | 97958355 3/2/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 4/6/2016 | | | 77561072 4/4/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 4/6/2016 | | | 77561083 4/4/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 5/9/2016 | | | 1892387 5-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 5/9/2016 | | | 1892376 5-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 6/7/2016 | | | 7563052 6-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 6/7/2016 | | | 7563041 6-3-16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 7/7/2016 | | | 73082076 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $400.00 | | |
| 7/7/2016 | | | 73082075 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 7/7/2016 | | | 71188993 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $500.00 | | |
| 8/17/2016 | | | 1186293 ??DATE?? | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | | |
| 8/17/2016 | | | 1186292 ??DATE?? | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 9/19/2016 | | | 15962306 9/14/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 9/19/2016 | | | 15962317 9/14/16 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | | |
| 10/19/2016 | | | 71185837 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 10/19/2016 | | | 71185838 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | | |
| 11/18/2016 | | | 3082641 ??DATE?? | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | | |
| 11/18/2016 | | | 3082642 ??DATE?? | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 12/19/2016 | | | 20673083376 DATE ? | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | | |
| 12/19/2016 | | | 20673083375 DATE ? | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 1/19/2017 | | | 1865195 1-16-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 1/19/2017 | | | 1865206 1-16-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | | |
| 2/13/2017 | | | 3081515 2-7-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $904.00 | | |
| 2/13/2017 | | | 3081557 2-9-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $800.00 | | |
| 3/10/2017 | | | 7032292732 WELLS 3/6/17 | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $1,378.69 | | |
| 3/20/2017 | | | 20673080867 3-10-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 3/20/2017 | | | 23077573918 3-13-17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $804.00 | | |
| 4/11/2017 | | | 33686533 4/4/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $904.00 | | |
| 4/11/2017 | | | 33686619 4/6/17 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $800.00 | | |
| 5/19/2017 | | | 93905805 5/15/17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 6/21/2017 | | | 93905980 6/19/17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 7/25/2017 | | | 1507923 7/20/17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 8/24/2017 | | | 1093906287 8-15-17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 10/2/2017 | | | 501507990 9-21-17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 10/27/2017 | | | 1473477 10-23-17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 12/1/2017 | | | 501531133 11-20-17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 12/1/2017 | | | 3561873 11-20-17 "WELLS ESCROW" | THIRD PARTY PERSONAL CHECK/30 DAY HOLD | $257.60 | | |
| 12/26/2017 | | | 1582803 12/21/17 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 1/24/2018 | | | 1582847 1-19-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 2/20/2018 | | | 1582882 2/14/18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 3/21/2018 | | | 1582930 3-16-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 4/25/2018 | | | 1582961 4-20-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 5/29/2018 | | | 1573698 5/23/18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 6/26/2018 | | | 501667023 6-22-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |
| 8/2/2018 | | | 6670639 7-30-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/27/2018 | | | 501667085 8-22-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 10/1/2018 | | | 93908302 9/25/18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 10/29/2018 | | | 6823071 10-25-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 12/10/2018 | | | 7763434 12-3-18 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 1/16/2019 | | | 3908744 1-14-19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 2/19/2019 | | | 7763586 2/13/19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 4/1/2019 | | | 7766798 3-26-19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 5/7/2019 | | | 4502418 5-3-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | |
| 5/7/2019 | | | 4502407 5-3-19 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 7/1/2019 | | | 7808258 6-24-19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 8/12/2019 | | | 7808153 8/9/19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 9/12/2019 | | | 93909765 9/9/19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 10/1/2019 | | | 7891285 9/23/19 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 12/3/2019 | | | 7893902 NO DATE | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $5,112.00 | |
| 3/3/2020 | | | 7938010 2-28-20 | CASHIERS CHECK/PAYMENT TO DEBTOR ACCT | $1,704.00 | |
| 5/5/2020 | | | 2743422 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| 5/5/2020 | | | 2743433 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | |
| 6/12/2020 | | | 5027004 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $704.00 | |
| 6/12/2020 | | | 5026993 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | |
| | | | | Totals: | $92,204.29 | $0.00 |