# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** NATALIE A. SCHIRRIPA
**Case Number:** 15-23234-JAD        **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 15, 2020 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#113 - Trustee's Certificate of Default to Dismiss
+ Debtors' Declaration filed 8/15/2020  [Due by 9/4/2020]
R / M #: 113 / 0

FILED
10/19/20 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:

**Debtor:** Short
**Trustee:** Winnecour / Pail / (Katz) / DeSimone
**Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other:

Trustee's C.O.D. is
resolved by attached
proposed modified order.

10/7/2020   2:53:17PM