FILED
10/19/20 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>NATALIE A. SCHIRRIPA<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>NATALIE A. SCHIRRIPA<br><br>Respondent(s) | Case No. 15-23234JAD<br>Chapter 13<br><br>Related to Document No. 113 |

## ORDER

AND NOW, this **19th** day of **October**, 20**20**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.     The Clerk shall give notice to all creditors of this dismissal.

D.     Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.     The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)     the time deadline provided by state law; or

(2)     30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective _____.

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

[X] Other: (1) Debtor to - $1704.71 to complete case / (2) Debtor to resume direct payment of LTCD in November 2020

BY THE COURT:

Dated: October 19, 2020

Jeffery A. Deller
United States Bankruptcy Judge

mas

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23234-JAD |
| Natalie A. Schirripa | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 4 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie A. Schirripa, 126 Tara Drive, Fombell, PA 16123-2130 |
| 14102341 | + | AFNI/Verizon, POB 3037, Bloomington, IL 61702-3037 |
| 14160095 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14102344 | | Allied Interstate, POB, Warrenton, VA 20188 |
| 14102345 | + | American Express Bank FSB, POB 3001, Malvern, PA 19355-0701 |
| 14102347 | + | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14102348 | + | Amex, Po Box 1270, Harrisburg, PA 17108 |
| 14102349 | + | Arrow Financial Services, 4660 Trindle Road No. 300, Camp Hill, PA 17011-5610 |
| 14159848 | + | Borough of Oakdale/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102358 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive 11th Fl., Columbus, OH 43215 |
| 14102362 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14102350 | | Cadlerock III, LLC, 101 Nort Center Street, Newton Falls, OH 44444 |
| 14102357 | + | Citifinancial Retail Services, POB 140489, Irving, TX 75014-0489 |
| 14102367 | + | EMC Mortgage / Bear Sterns, c/o Gregory Javardian, Esq., 1310 Industrial Blvd No. 101, Southampton, PA 18966-4030 |
| 14102370 | + | Ford Cred, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14102372 | + | Galaxy International Purchasing, POB 1022, Wixom, MI 48393-1022 |
| 14102375 | + | HFC, POB 8873, Virginia Beach, VA 23450-8873 |
| 14102376 | + | HFC, POB 9616, Virginia Beach, VA 23450-9616 |
| 14102373 | + | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102377 | | Internal Revenue Service, c/o Edward Laubach, Esq., Suite 601C-Liberty Ctr., Pittsburgh, PA 15222 |
| 14102378 | + | National American Credit, POB 1099, Langhorne, PA 19047-6099 |
| 14102379 | + | National American Credit Corp., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 14102380 | + | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14102382 | + | Northland Group, POB 390905, Minneapolis, MN 55439-0905 |
| 14102383 | + | Oakdale Borough, 6115 Noblestown Road, Oakdale, PA 15071-1347 |
| 14108882 | + | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101-4982 |
| 14102384 | | PNC Bank, POB 5670, Cleveland, OH 44101 |
| 14102385 | + | Portnoff Law Asso., POB 3020, Norristown, PA 19404-3020 |
| 14102390 | + | Stephen W. Decker, 25 Redstone Lane, Washington, PA 15301-6324 |
| 14102391 | + | Stone & Stone, 828 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14102392 | + | TraceEvidence LLC, c/o Stanley Ference III, 409 Broad Street, Sewickley, PA 15143-1557 |
| 14270497 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 14102394 | | Wachovia Mortgage, POB 659558, San Antonio, TX 78265 |
| 14102396 | + | Wells Fargo, POB 94498, Las Vegas, NV 89193-4498 |
| 14102397 | + | Wells Fargo, POB 105693, Atlanta, GA 30348-5693 |
| 14172892 | | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Department MAC #D3347-0, 3476 Stateview BLVD, Fort Mill, SC 29715-7203 |
| 14102398 | + | Wells Fargo Financial National Bank, 4137 121st Street, Urbandale, IA 50323-2310 |
| 14102366 | + | eCast Settlement, POB 35480, Newark, NJ 07193-5480 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: msch | | Page 2 of 4 |
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | | Total Noticed: 66 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14102343 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2020 02:02:00 | Allegheny Power, POB 1392, Fairmont, WV 26555-1392 |
| 14102342 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 20 2020 02:02:00 | Allegheny Power, 800 Cabin Hill Drive, Greensburg, PA 15606-0001 |
| 14102354 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:17:03 | Capital One BAnk USA N.A., c/o TSYS Debt Mgmt., POB 5155, Norcross, GA 30091 |
| 14121123 | + Email/Text: gocadle@cadleco.com | Oct 20 2020 02:02:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102351 | + Email/Text: cms-bk@cms-collect.com | Oct 20 2020 02:02:00 | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102353 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:18:53 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 14126228 | + Email/Text: bankruptcy@cavps.com | Oct 20 2020 02:02:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14102361 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2020 02:03:00 | Credit Collection Service, POB 55126, Boston, MA 02205-5126 |
| 14102363 | + Email/PDF: pa_dc_ed@navient.com | Oct 20 2020 02:18:56 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102365 | + Email/Text: Bankruptcy.Consumer@dish.com | Oct 20 2020 02:02:00 | Dish Network, POB 6633, Englewood, CO 80155-6633 |
| 14102368 | + Email/Text: bknotice@ercbpo.com | Oct 20 2020 02:02:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14102369 | + Email/Text: bknotice@ercbpo.com | Oct 20 2020 02:02:00 | Erc, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14102371 | + Email/Text: ally@ebn.phinsolutions.com | Oct 20 2020 02:01:00 | G M A C, Po Box 535160, Pittsburgh, PA 15253-5160 |
| 14102355 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2020 02:17:57 | Chase Bank USA, POB 15145, Wilmington, DE 19850 |
| 14102356 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2020 02:18:52 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14102395 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2020 02:17:03 | Washington Mutual, POB 660487, Dallas, TX 75266 |
| 14164623 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2020 02:18:02 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15074131 | Email/Text: jennifer.chacon@spservicing.com | Oct 20 2020 02:03:00 | Legacy Mortgage Asset Trust 2019-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14102381 | + Email/Text: egssupportservices@alorica.com | Oct 20 2020 02:02:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14158458 | Email/PDF: pa_dc_ed@navient.com | Oct 20 2020 02:17:06 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14102386 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 02:17:05 | PRA Receivables Management, POB 12914, Norfolk, VA 23541-0914 |
| 14102346 | Email/PDF: cbp@onemainfinancial.com | Oct 20 2020 02:18:52 | American General, POB 3251, Evansville, IN 47731 |
| 14102387 | + Email/PDF: pa_dc_claims@navient.com | Oct 20 2020 02:17:06 | Sallie Mae, POB 9532, Wilkes Barre, PA 18773-9532 |
| 14102388 | + Email/PDF: pa_dc_claims@navient.com | Oct 20 2020 02:18:00 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

| District/off: 0315-2 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 14102393 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 20 2020 02:01:00 | Verizon, POB 660748, Dallas, TX 75266-0748 |
| 14102399 | + | Email/Text: RMOpsSupport@alorica.com | | |
| | | | Oct 20 2020 02:02:00 | West Asset Management, POB 790113, Saint Louis, MO 63179-0113 |
| 14102400 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Oct 20 2020 02:02:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |
| 14160416 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Oct 20 2020 02:02:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Oakdale |
| cr | | Legacy Mortgage Asset Trust 2019-GS4 |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | West Allegheny School District |
| cr | *+ | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102359 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14102360 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, POB 742537, Cincinnati, OH 45274 |
| 14136595 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pa., PO Box 117, Columbus, OH 43216 |
| 14102352 | *+ | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102364 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102374 | *+ | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102389 | *+ | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Natalie A. Schirripa garyshortlegal@gmail.com  gwshort@verizon.net |

District/off: 0315-2 User: msch Page 4 of 4
Date Rcvd: Oct 19, 2020 Form ID: pdf900 Total Noticed: 66

| | |
|---|---|
| Gary William Short | on behalf of Plaintiff Natalie A. Schirripa garyshortlegal@gmail.com  gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Oakdale jhunt@grblaw.com  cnoroski@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9