Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Natalie A. Schirripa**
 **aka Natalie A. Schirripa−Decker, fka Natalie A. Schirripa−Shain**
   Debtor(s)

Bankruptcy Case No.: 15−23234−JAD
Related To Doc. No. 124
Chapter: 13
Docket No.: 125 − 124

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/27/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/9/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/27/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23234-JAD |
| Natalie A. Schirripa | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: 408 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie A. Schirripa, 126 Tara Drive, Fombell, PA 16123-2130 |
| 14102341 | + | AFNI/Verizon, POB 3037, Bloomington, IL 61702-3037 |
| 14160095 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14102344 | | Allied Interstate, POB, Warrenton, VA 20188 |
| 14102345 | + | American Express Bank FSB, POB 3001, Malvern, PA 19355-0701 |
| 14102348 | + | Amex, Po Box 1270, Harrisburg, PA 17108 |
| 14102347 | + | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14102349 | + | Arrow Financial Services, 4660 Trindle Road No. 300, Camp Hill, PA 17011-5610 |
| 14159848 | + | Borough of Oakdale/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102358 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive 11th Fl., Columbus, OH 43215 |
| 14102362 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14102350 | | Cadlerock III, LLC, 101 Nort Center Street, Newton Falls, OH 44444 |
| 14102357 | + | Citifinancial Retail Services, POB 140489, Irving, TX 75014-0489 |
| 14102367 | + | EMC Mortgage / Bear Sterns, c/o Gregory Javardian, Esq., 1310 Industrial Blvd No. 101, Southampton, PA 18966-4030 |
| 14102370 | + | Ford Cred, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14102372 | + | Galaxy International Purchasing, POB 1022, Wixom, MI 48393-1022 |
| 14102376 | + | HFC, POB 9616, Virginia Beach, VA 23450-9616 |
| 14102375 | + | HFC, POB 8873, Virginia Beach, VA 23450-8873 |
| 14102373 | + | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102377 | | Internal Revenue Service, c/o Edward Laubach, Esq., Suite 601C-Liberty Ctr., Pittsburgh, PA 15222 |
| 14102378 | + | National American Credit, POB 1099, Langhorne, PA 19047-6099 |
| 14102379 | + | National American Credit Corp., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 14102380 | + | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14102382 | + | Northland Group, POB 390905, Minneapolis, MN 55439-0905 |
| 14102383 | + | Oakdale Borough, 6115 Noblestown Road, Oakdale, PA 15071-1347 |
| 14108882 | + | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101-4982 |
| 14102384 | | PNC Bank, POB 5670, Cleveland, OH 44101 |
| 14102385 | + | Portnoff Law Asso., POB 3020, Norristown, PA 19404-3020 |
| 14102390 | + | Stephen W. Decker, 25 Redstone Lane, Washington, PA 15301-6324 |
| 14102391 | + | Stone & Stone, 828 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14102392 | + | TraceEvidence LLC, c/o Stanley Ference III, 409 Broad Street, Sewickley, PA 15143-1557 |
| 14270497 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 14102394 | | Wachovia Mortgage, POB 659558, San Antonio, TX 78265 |
| 14102397 | + | Wells Fargo, POB 105693, Atlanta, GA 30348-5693 |
| 14102396 | + | Wells Fargo, POB 94498, Las Vegas, NV 89193-4498 |
| 14172892 | + | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Department MAC #D3347-0, 3476 Stateview BLVD, Fort Mill, SC 29715-7203 |
| 14102398 | + | Wells Fargo Financial National Bank, 4137 121st Street, Urbandale, IA 50323-2310 |
| 14102366 | + | eCast Settlement, POB 35480, Newark, NJ 07193-5480 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: msch | | Page 2 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: 408 | | Total Noticed: 66 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14102343 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | Allegheny Power, POB 1392, Fairmont, WV 26555-1392 |
| 14102342 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | Allegheny Power, 800 Cabin Hill Drive, Greensburg, PA 15606-0001 |
| 14102354 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:07 | Capital One BAnk USA N.A., c/o TSYS Debt Mgmt., POB 5155, Norcross, GA 30091 |
| 14121123 | + Email/Text: gocadle@cadleco.com | Oct 28 2020 02:27:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102351 | + Email/Text: cms-bk@cms-collect.com | Oct 28 2020 02:24:00 | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102353 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:07 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 14126228 | + Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14102361 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2020 02:27:00 | Credit Collection Service, POB 55126, Boston, MA 02205-5126 |
| 14102363 | + Email/PDF: pa_dc_ed@navient.com | Oct 28 2020 02:18:55 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102365 | + Email/Text: Bankruptcy.Consumer@dish.com | Oct 28 2020 02:25:00 | Dish Network, POB 6633, Englewood, CO 80155-6633 |
| 14102368 | + Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14102369 | + Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Erc, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14102371 | + Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | G M A C, Po Box 535160, Pittsburgh, PA 15253-5160 |
| 14102355 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:15:52 | Chase Bank USA, POB 15145, Wilmington, DE 19850 |
| 14102356 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:15:52 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14102395 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:14:05 | Washington Mutual, POB 660487, Dallas, TX 75266 |
| 14164623 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2020 02:18:57 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15074131 | Email/Text: jennifer.chacon@spservicing.com | Oct 28 2020 02:28:00 | Legacy Mortgage Asset Trust 2019-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14102381 | + Email/Text: egssupportservices@alorica.com | Oct 28 2020 02:26:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14158458 | Email/PDF: pa_dc_ed@navient.com | Oct 28 2020 02:20:15 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14102386 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:15:59 | PRA Receivables Management, POB 12914, Norfolk, VA 23541-0914 |
| 14102346 | Email/PDF: cbp@onemainfinancial.com | Oct 28 2020 01:13:56 | American General, POB 3251, Evansville, IN 47731 |
| 14102387 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2020 02:20:14 | Sallie Mae, POB 9532, Wilkes Barre, PA 18773-9532 |
| 14102388 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2020 02:18:55 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

| | | | | |
|---|---|---|---|---|
| 14102393 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 28 2020 02:23:00 | Verizon, POB 660748, Dallas, TX 75266-0748 |
| 14102399 | + | Email/Text: RMOpsSupport@alorica.com | Oct 28 2020 02:26:00 | West Asset Management, POB 790113, Saint Louis, MO 63179-0113 |
| 14102400 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |
| 14160416 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Oakdale |
| cr | | Legacy Mortgage Asset Trust 2019-GS4 |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | West Allegheny School District |
| cr | *+ | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102359 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14102360 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, POB 742537, Cincinnati, OH 45274 |
| 14136595 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pa., PO Box 117, Columbus, OH 43216 |
| 14102352 | *+ | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102364 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102374 | *+ | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102389 | *+ | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 29, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Natalie A. Schirripa garyshortlegal@gmail.com  gwshort@verizon.net |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 4 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: 408 | Total Noticed: 66 |

Gary William Short
    on behalf of Plaintiff Natalie A. Schirripa garyshortlegal@gmail.com  gwshort@verizon.net

Jeffrey R. Hunt
    on behalf of Creditor West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Oakdale jhunt@grblaw.com  cnoroski@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9