**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NATALIE A. SCHIRRIPA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>   vs.<br>No Respondents. | Case No.:15-23234 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/04/2015 and confirmed on 12/18/15 . The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,200.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 14,186.79 | |
|   Trustee Fee | 4,931.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,118.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SELECT PORTFOLIO SERVICING INC - SV<br>    Acct: 7046 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SELECT PORTFOLIO SERVICING INC - SV<br>    Acct: 2118 | 7,069.25 | 7,069.25 | 0.00 | 7,069.25 |
|   SELECT PORTFOLIO SERVICING INC - SV<br>    Acct: 7046 | 0.00 | 74,353.24 | 0.00 | 74,353.24 |
|   SELECT PORTFOLIO SERVICING INC - SV<br>    Acct: 7046 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 81,422.49 |
| **Priority** | | | | |
|   GARY W SHORT ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATALIE A. SCHIRRIPA<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GARY W SHORT ESQ<br>    Acct: | 3,981.00 | 3,981.00 | 0.00 | 0.00 |
|   GARY W SHORT ESQ<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX7-16 | 5,859.35 | 5,859.35 | 0.00 | 0.00 |
|   GARY W SHORT ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GARY W SHORT ESQ<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-16 | 4,346.44 | 4,346.44 | 0.00 | 0.00 |
|   WEST ALLEGHENY SD & OAKDALE BORC<br>    Acct: 1245 | 457.66 | 457.66 | 0.00 | 457.66 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: XXXXXXXX-JAD | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 767.66 |
| **Unsecured** | | | | |
|   CADLEROCK III LLC<br>    Acct: 6596 | 59,901.49 | 1,689.82 | 0.00 | 1,689.82 |
|   PNC BANK NA<br>    Acct: 3367 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AFNI | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: ? | | | | |
| FIRST ENERGY/WEST PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| FIRST ENERGY/WEST PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,584.08 | 129.32 | 0.00 | 129.32 |
| Acct: 4394 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0813 | | | | |
| AMERICAN EXPRESS BANK FSB | 3,501.11 | 98.77 | 0.00 | 98.77 |
| Acct: 1008 | | | | |
| ARROW FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8709 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7120 | | | | |
| CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7771 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4722 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2000 | | | | |
| COLUMBIA GAS OF PA INC(*) | 56.89 | 1.60 | 0.00 | 1.60 |
| Acct: 0057 | | | | |
| CASH COLLECTIONS SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1266 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O US DEP/ | 6,890.87 | 194.39 | 0.00 | 194.39 |
| Acct: 6596 | | | | |
| NAVIENT SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8430 | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| EMC MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1594 | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1594 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4486 | | | | |
| GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3356 | | | | |
| GALAXY INTERNATIONAL PURCHASING L | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 6834 | | | | |
|   HOUSEHOLD FINANCE CDC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7244 | | | | |
|   HOUSEHOLD FINANCE CDC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4869 | | | | |
|   HOUSEHOLD FINANCE CDC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2208 | | | | |
|   HOUSEHOLD FINANCE CDC**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5313 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6596 | | | | |
|   NATIONAL AMERICAN CREDIT CORP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4274 | | | | |
|   NATIONAL AMERICAN CREDIT CORP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4771 | | | | |
|   NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   OAKDALE BOROUGH(WATER/SWG/GBG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PORTNOFF LAW ASSOCIATES LTD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   SALLIE MAE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   SIM FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1007 | | | | |
|   SIM FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1007 | | | | |
|   STEPHEN W. DECKER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   STONE AND STONE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   TRACE EVIDENCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 434Y | | | | |
|   WASHINGTON MUTUAL BANK* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9240 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 27,083.63 | 764.03 | 0.00 | 764.03 |
|     Acct: 2553 | | | | |
|   WELLS FARGO FINANCIAL DISCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WEST ASSET MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   WEST PENN POWER* | 480.59 | 13.56 | 0.00 | 13.56 |
|     Acct: 8819 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3367 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 2,891.49 |

TOTAL PAID TO CREDITORS                                                           85,081.64

```
TOTAL CLAIMED
PRIORITY              767.66
SECURED             7,069.25
UNSECURED         102,498.66
```

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　NATALIE A. SCHIRRIPA<br><br>　　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:15-23234 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23234-JAD |
| Natalie A. Schirripa | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie A. Schirripa, 126 Tara Drive, Fombell, PA 16123-2130 |
| 14102341 | + | AFNI/Verizon, POB 3037, Bloomington, IL 61702-3037 |
| 14160095 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14102344 | | Allied Interstate, POB, Warrenton, VA 20188 |
| 14102345 | + | American Express Bank FSB, POB 3001, Malvern, PA 19355-0701 |
| 14102348 | + | Amex, Po Box 1270, Harrisburg, PA 17108 |
| 14102347 | + | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14102349 | + | Arrow Financial Services, 4660 Trindle Road No. 300, Camp Hill, PA 17011-5610 |
| 14159848 | + | Borough of Oakdale/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102358 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive 11th Fl., Columbus, OH 43215 |
| 14102362 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14102350 | | Cadlerock III, LLC, 101 Nort Center Street, Newton Falls, OH 44444 |
| 14102357 | + | Citifinancial Retail Services, POB 140489, Irving, TX 75014-0489 |
| 14102367 | + | EMC Mortgage / Bear Sterns, c/o Gregory Javardian, Esq., 1310 Industrial Blvd No. 101, Southampton, PA 18966-4030 |
| 14102370 | + | Ford Cred, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14102372 | + | Galaxy International Purchasing, POB 1022, Wixom, MI 48393-1022 |
| 14102376 | + | HFC, POB 9616, Virginia Beach, VA 23450-9616 |
| 14102375 | + | HFC, POB 8873, Virginia Beach, VA 23450-8873 |
| 14102373 | + | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102377 | | Internal Revenue Service, c/o Edward Laubach, Esq., Suite 601C-Liberty Ctr., Pittsburgh, PA 15222 |
| 14102378 | + | National American Credit, POB 1099, Langhorne, PA 19047-6099 |
| 14102379 | + | National American Credit Corp., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 14102380 | + | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14102382 | + | Northland Group, POB 390905, Minneapolis, MN 55439-0905 |
| 14102383 | + | Oakdale Borough, 6115 Noblestown Road, Oakdale, PA 15071-1347 |
| 14108882 | + | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101-4982 |
| 14102384 | | PNC Bank, POB 5670, Cleveland, OH 44101 |
| 14102385 | + | Portnoff Law Asso., POB 3020, Norristown, PA 19404-3020 |
| 14102390 | + | Stephen W. Decker, 25 Redstone Lane, Washington, PA 15301-6324 |
| 14102391 | + | Stone & Stone, 828 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14102392 | + | TraceEvidence LLC, c/o Stanley Ference III, 409 Broad Street, Sewickley, PA 15143-1557 |
| 14270497 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 14102394 | | Wachovia Mortgage, POB 659558, San Antonio, TX 78265 |
| 14102397 | + | Wells Fargo, POB 105693, Atlanta, GA 30348-5693 |
| 14102396 | + | Wells Fargo, POB 94498, Las Vegas, NV 89193-4498 |
| 14172892 | + | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Department MAC #D3347-0, 3476 Stateview BLVD, Fort Mill, SC 29715-7203 |
| 14102398 | + | Wells Fargo Financial National Bank, 4137 121st Street, Urbandale, IA 50323-2310 |
| 14102366 | + | eCast Settlement, POB 35480, Newark, NJ 07193-5480 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0315-2 | User: msch | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14102343 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | Allegheny Power, POB 1392, Fairmont, WV 26555-1392 |
| 14102342 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 28 2020 02:26:00 | Allegheny Power, 800 Cabin Hill Drive, Greensburg, PA 15606-0001 |
| 14102354 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:23 | Capital One BAnk USA N.A., c/o TSYS Debt Mgmt., POB 5155, Norcross, GA 30091 |
| 14121123 | + Email/Text: gocadle@cadleco.com | Oct 28 2020 02:27:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102351 | + Email/Text: cms-bk@cms-collect.com | Oct 28 2020 02:24:00 | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102353 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:54 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 14126228 | + Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14102361 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2020 02:27:00 | Credit Collection Service, POB 55126, Boston, MA 02205-5126 |
| 14102363 | + Email/PDF: pa_dc_ed@navient.com | Oct 28 2020 02:20:15 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102365 | + Email/Text: Bankruptcy.Consumer@dish.com | Oct 28 2020 02:25:00 | Dish Network, POB 6633, Englewood, CO 80155-6633 |
| 14102368 | + Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14102369 | + Email/Text: bknotice@ercbpo.com | Oct 28 2020 02:26:00 | Erc, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14102371 | + Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | G M A C, Po Box 535160, Pittsburgh, PA 15253-5160 |
| 14102355 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:15:52 | Chase Bank USA, POB 15145, Wilmington, DE 19850 |
| 14102356 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:12:21 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14102395 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:12:21 | Washington Mutual, POB 660487, Dallas, TX 75266 |
| 14164623 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2020 02:18:58 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15074131 | Email/Text: jennifer.chacon@spservicing.com | Oct 28 2020 02:28:00 | Legacy Mortgage Asset Trust 2019-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14102381 | + Email/Text: egssupportservices@alorica.com | Oct 28 2020 02:26:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14158458 | Email/PDF: pa_dc_ed@navient.com | Oct 28 2020 02:20:15 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14102386 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:12:29 | PRA Receivables Management, POB 12914, Norfolk, VA 23541-0914 |
| 14102346 | Email/PDF: cbp@onemainfinancial.com | Oct 28 2020 01:13:56 | American General, POB 3251, Evansville, IN 47731 |
| 14102387 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2020 02:17:38 | Sallie Mae, POB 9532, Wilkes Barre, PA 18773-9532 |
| 14102388 | + Email/PDF: pa_dc_claims@navient.com | Oct 28 2020 02:17:38 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

Case 15-23234-JAD    Doc 128    Filed 10/29/20    Entered 10/30/20 09:33:36    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 66 |

| 14102393 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|---|---|---|---|---|
| | | | Oct 28 2020 02:23:00 | Verizon, POB 660748, Dallas, TX 75266-0748 |
| 14102399 | + | Email/Text: RMOpsSupport@alorica.com | | |
| | | | Oct 28 2020 02:26:00 | West Asset Management, POB 790113, Saint Louis, MO 63179-0113 |
| 14102400 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Oct 28 2020 02:26:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |
| 14160416 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Oct 28 2020 02:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Oakdale |
| cr | | Legacy Mortgage Asset Trust 2019-GS4 |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | West Allegheny School District |
| cr | *+ | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102359 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14102360 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, POB 742537, Cincinnati, OH 45274 |
| 14136595 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pa., PO Box 117, Columbus, OH 43216 |
| 14102352 | *+ | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102364 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102374 | *+ | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102389 | *+ | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Natalie A. Schirripa garyshortlegal@gmail.com  gwshort@verizon.net |

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 4 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 66 |

Gary William Short
    on behalf of Plaintiff Natalie A. Schirripa garyshortlegal@gmail.com  gwshort@verizon.net

Jeffrey R. Hunt
    on behalf of Creditor West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Oakdale jhunt@grblaw.com  cnoroski@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 9