**Fill in this information to identify the case:**

Debtor 1   Natalie A. Schirripa aka Natalie A. Schirripa-Decker fka Natalie A. Schirripa-Shain
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   15-23234 JAD

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Legacy Mortgage Asset Trust 2019-GS4

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:   7046

**Property address:** 118 Hastings Avenue
Number            Name

Oakdale,     PA     15071
City,          State     Zip

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.'

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   1/1/2021

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:    (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

  c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __/__/____
MM / DD / YYYY

| Debtor(s) | Natalie A. Schirripa JAD | | | Case number (*if known*): 15-23234 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- **all payments received;**
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Brian C. Nicholas Esquire – Atty. ID. 317240

Signature

Date   11/19/2020

Print   Brian C. Nicholas

Title: Attorney for Creditor

Company   KML Law Group, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   701   Market Street, Suite 5000
Number   Street

Philadelphia,   PA   19106
City   State   ZIP Code

Contact phone

201-549-5366

Email

bnicholas@kmllawgroup.com