**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Natalie A. Schirripa** (First Name Middle Name Last Name) | Social Security number or ITIN | **xxx–xx–6596** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | (First Name Middle Name Last Name) | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **15–23234–JAD**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Natalie A. Schirripa
aka Natalie A. Schirripa–Decker, fka Natalie A. Schirripa–Shain

11/30/20

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Natalie A. Schirripa
Debtor(s)

Case No. 15-23234-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: culy Page 1 of 4
Date Rcvd: Nov 30, 2020 Form ID: 3180W Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie A. Schirripa, 126 Tara Drive, Fombell, PA 16123-2130 |
| 14102341 | + | AFNI/Verizon, POB 3037, Bloomington, IL 61702-3037 |
| 14102344 | | Allied Interstate, POB, Warrenton, VA 20188 |
| 14102348 | + | Amex, Po Box 1270, Harrisburg, PA 17108 |
| 14102349 | + | Arrow Financial Services, 4660 Trindle Road No. 300, Camp Hill, PA 17011-5610 |
| 14159848 | + | Borough of Oakdale/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102358 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive 11th Fl., Columbus, OH 43215 |
| 14102362 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14102350 | | Cadlerock III, LLC, 101 Nort Center Street, Newton Falls, OH 44444 |
| 14102357 | + | Citifinancial Retail Services, POB 140489, Irving, TX 75014-0489 |
| 14102367 | + | EMC Mortgage / Bear Sterns, c/o Gregory Javardian, Esq., 1310 Industrial Blvd No. 101, Southampton, PA 18966-4030 |
| 14102372 | + | Galaxy International Purchasing, POB 1022, Wixom, MI 48393-1022 |
| 14102376 | + | HFC, POB 9616, Virginia Beach, VA 23450-9616 |
| 14102377 | | Internal Revenue Service, c/o Edward Laubach, Esq., Suite 601C-Liberty Ctr., Pittsburgh, PA 15222 |
| 14102378 | + | National American Credit, POB 1099, Langhorne, PA 19047-6099 |
| 14102379 | + | National American Credit Corp., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 14102382 | + | Northland Group, POB 390905, Minneapolis, MN 55439-0905 |
| 14102383 | + | Oakdale Borough, 6115 Noblestown Road, Oakdale, PA 15071-1347 |
| 14108882 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14102384 | | PNC Bank, POB 5670, Cleveland, OH 44101 |
| 14102385 | + | Portnoff Law Asso., POB 3020, Norristown, PA 19404-3020 |
| 14102390 | + | Stephen W. Decker, 25 Redstone Lane, Washington, PA 15301-6324 |
| 14102391 | + | Stone & Stone, 828 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14102392 | + | TraceEvidence LLC, c/o Stanley Ference III, 409 Broad Street, Sewickley, PA 15143-1557 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 01 2020 05:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2020 03:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 01 2020 05:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 01 2020 03:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 17128-0946 |
| 14160095 | | EDI: BECKLEE.COM | Dec 01 2020 05:48:00 | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14102343 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2020 03:11:00 | Allegheny Power, POB 1392, Fairmont, WV 26555-1392 |
| 14102342 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2020 03:11:00 | Allegheny Power, 800 Cabin Hill Drive, Greensburg, PA 15606-0001 |
| 14102345 | + | EDI: BECKLEE.COM | Dec 01 2020 05:48:00 | American Express Bank FSB, POB 3001, Malvern, PA 19355-0701 |
| 14102347 | + | EDI: AMEREXPR.COM | Dec 01 2020 05:48:00 | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14102354 | | EDI: CAPITALONE.COM | Dec 01 2020 05:48:00 | Capital One BAnk USA N.A., c/o TSYS Debt Mgmt., POB 5155, Norcross, GA 30091 |
| 14121123 | + | Email/Text: gocadle@cadleco.com | Dec 01 2020 03:11:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102351 | + | Email/Text: cms-bk@cms-collect.com | Dec 01 2020 03:10:00 | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102353 | + | EDI: CAPITALONE.COM | Dec 01 2020 05:48:00 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 14126228 | + | Email/Text: bankruptcy@cavps.com | Dec 01 2020 03:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14102361 | + | EDI: CCS.COM | Dec 01 2020 05:48:00 | Credit Collection Service, POB 55126, Boston, MA 02205-5126 |
| 14102363 | + | EDI: NAVIENTFKASMDOE.COM | Dec 01 2020 05:48:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102365 | + | EDI: ESSL.COM | Dec 01 2020 05:48:00 | Dish Network, POB 6633, Englewood, CO 80155-6633 |
| 14102368 | + | Email/Text: bknotice@ercbpo.com | Dec 01 2020 03:11:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14102369 | + | Email/Text: bknotice@ercbpo.com | Dec 01 2020 03:11:00 | Erc, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14102370 | + | EDI: FORD.COM | Dec 01 2020 05:48:00 | Ford Cred, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14102371 | + | EDI: GMACFS.COM | Dec 01 2020 05:48:00 | G M A C, Po Box 535160, Pittsburgh, PA 15253-5160 |
| 14102375 | + | EDI: HFC.COM | Dec 01 2020 05:48:00 | HFC, POB 8873, Virginia Beach, VA 23450-8873 |
| 14102373 | + | EDI: HFC.COM | Dec 01 2020 05:48:00 | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102355 | | EDI: JPMORGANCHASE | Dec 01 2020 05:48:00 | Chase Bank USA, POB 15145, Wilmington, DE 19850 |
| 14102356 | | EDI: JPMORGANCHASE | Dec 01 2020 05:48:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14102395 | | EDI: JPMORGANCHASE | Dec 01 2020 05:48:00 | Washington Mutural, POB 660487, Dallas, TX 75266 |
| 14164623 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2020 03:32:16 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15074131 | | Email/Text: jennifer.chacon@spservicing.com | Dec 01 2020 03:12:00 | Legacy Mortgage Asset Trust 2019-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14102381 | + | Email/Text: egssupportservices@alorica.com | Dec 01 2020 03:11:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |

| | | | | |
|---|---|---|---|---|
| 14102380 | + | EDI: NESF.COM | Dec 01 2020 05:48:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14158458 | | EDI: NAVIENTFKASMDOE.COM | Dec 01 2020 05:48:00 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14108882 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 01 2020 03:10:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14102386 | + | EDI: PRA.COM | Dec 01 2020 05:48:00 | PRA Receivables Management, POB 12914, Norfolk, VA 23541-0914 |
| 14102346 | | EDI: AGFINANCE.COM | Dec 01 2020 05:48:00 | American General, POB 3251, Evansville, IN 47731 |
| 14102387 | + | EDI: NAVIENTFKASMSERV.COM | Dec 01 2020 05:48:00 | Sallie Mae, POB 9532, Wilkes Barre, PA 18773-9532 |
| 14102388 | + | EDI: NAVIENTFKASMSERV.COM | Dec 01 2020 05:48:00 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14102393 | + | EDI: VERIZONCOMB.COM | Dec 01 2020 05:38:00 | Verizon, POB 660748, Dallas, TX 75266-0748 |
| 14270497 | | EDI: WFFC.COM | Dec 01 2020 05:48:00 | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 14102394 | | EDI: WFFC.COM | Dec 01 2020 05:48:00 | Wachovia Mortgage, POB 659558, San Antonio, TX 78265 |
| 14102396 | + | EDI: WFFC.COM | Dec 01 2020 05:48:00 | Wells Fargo, POB 94498, Las Vegas, NV 89193-4498 |
| 14102397 | + | EDI: WFFC.COM | Dec 01 2020 05:48:00 | Wells Fargo, POB 105693, Atlanta, GA 30348-5693 |
| 14172892 | + | EDI: WFFC.COM | Dec 01 2020 05:48:00 | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Department MAC #D3347-0, 3476 Stateview BLVD, Fort Mill, SC 29715-7203 |
| 14102398 | + | EDI: WFFC.COM | Dec 01 2020 05:48:00 | Wells Fargo Financial National Bank, 4137 121st Street, Urbandale, IA 50323-2310 |
| 14102399 | + | Email/Text: RMOpsSupport@alorica.com | Dec 01 2020 03:11:00 | West Asset Management, POB 790113, Saint Louis, MO 63179-0113 |
| 14102400 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2020 03:11:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |
| 14160416 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2020 03:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14102366 | + | EDI: ECAST.COM | Dec 01 2020 05:48:00 | eCast Settlement, POB 35480, Newark, NJ 07193-5480 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Oakdale |
| cr | | Legacy Mortgage Asset Trust 2019-GS4 |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | West Allegheny School District |
| cr | *+ | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102359 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |

| | | |
|---|---|---|
| 14102360 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, POB 742537, Cincinnati, OH 45274 |
| 14136595 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pa., PO Box 117, Columbus, OH 43216 |
| 14102352 | *+ | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102364 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102374 | *+ | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102389 | *+ | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 alubin@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 bnicholas@kmllawgroup.com |
| Gary William Short | on behalf of Debtor Natalie A. Schirripa garyshortlegal@gmail.com gwshort@verizon.net |
| Gary William Short | on behalf of Plaintiff Natalie A. Schirripa garyshortlegal@gmail.com gwshort@verizon.net |
| Jeffrey R. Hunt | on behalf of Creditor West Allegheny School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Oakdale jhunt@grblaw.com cnoroski@grblaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9