**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/30/20 5:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　　NATALIE A. SCHIRRIPA<br>　　　　　Debtor(s)<br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Repondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 15-23234-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 124 |

**ORDER OF COURT**

　　AND NOW, this 30th day of November, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____ mas
　　　　　　　　　　　　　　　　　　JEFFERY A. DELLER
　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23234-JAD |
| Natalie A. Schirripa | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 4 |
| Date Rcvd: Nov 30, 2020 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie A. Schirripa, 126 Tara Drive, Fombell, PA 16123-2130 |
| 14102341 | + | AFNI/Verizon, POB 3037, Bloomington, IL 61702-3037 |
| 14160095 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14102344 | | Allied Interstate, POB, Warrenton, VA 20188 |
| 14102345 | + | American Express Bank FSB, POB 3001, Malvern, PA 19355-0701 |
| 14102348 | + | Amex, Po Box 1270, Harrisburg, PA 17108 |
| 14102347 | + | Amex, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14102349 | + | Arrow Financial Services, 4660 Trindle Road No. 300, Camp Hill, PA 17011-5610 |
| 14159848 | + | Borough of Oakdale/West Allegheny SD, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14102358 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, 200 Civic Center Drive 11th Fl., Columbus, OH 43215 |
| 14102362 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14102350 | | Cadlerock III, LLC, 101 Nort Center Street, Newton Falls, OH 44444 |
| 14102357 | + | Citifinancial Retail Services, POB 140489, Irving, TX 75014-0489 |
| 14102367 | + | EMC Mortgage / Bear Sterns, c/o Gregory Javardian, Esq., 1310 Industrial Blvd No. 101, Southampton, PA 18966-4030 |
| 14102370 | + | Ford Cred, Po Box Box 542000, Omaha, NE 68154-8000 |
| 14102372 | + | Galaxy International Purchasing, POB 1022, Wixom, MI 48393-1022 |
| 14102376 | + | HFC, POB 9616, Virginia Beach, VA 23450-9616 |
| 14102375 | + | HFC, POB 8873, Virginia Beach, VA 23450-8873 |
| 14102373 | + | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102377 | | Internal Revenue Service, c/o Edward Laubach, Esq., Suite 601C-Liberty Ctr., Pittsburgh, PA 15222 |
| 14102378 | + | National American Credit, POB 1099, Langhorne, PA 19047-6099 |
| 14102379 | + | National American Credit Corp., One Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 14102380 | + | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 14102382 | + | Northland Group, POB 390905, Minneapolis, MN 55439-0905 |
| 14102383 | + | Oakdale Borough, 6115 Noblestown Road, Oakdale, PA 15071-1347 |
| 14108882 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14102384 | | PNC Bank, POB 5670, Cleveland, OH 44101 |
| 14102385 | + | Portnoff Law Asso., POB 3020, Norristown, PA 19404-3020 |
| 14102390 | + | Stephen W. Decker, 25 Redstone Lane, Washington, PA 15301-6324 |
| 14102391 | + | Stone & Stone, 828 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 14102392 | + | TraceEvidence LLC, c/o Stanley Ference III, 409 Broad Street, Sewickley, PA 15143-1557 |
| 14270497 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, MAC#N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 14102394 | | Wachovia Mortgage, POB 659558, San Antonio, TX 78265 |
| 14102396 | + | Wells Fargo, POB 94498, Las Vegas, NV 89193-4498 |
| 14102397 | + | Wells Fargo, POB 105693, Atlanta, GA 30348-5693 |
| 14172892 | + | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Department MAC #D3347-0, 3476 Stateview BLVD, Fort Mill, SC 29715-7203 |
| 14102398 | + | Wells Fargo Financial National Bank, 4137 121st Street, Urbandale, IA 50323-2310 |
| 14102366 | + | eCast Settlement, POB 35480, Newark, NJ 07193-5480 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 15-23234-JAD   Doc 135   Filed 12/02/20   Entered 12/03/20 00:41:20   Desc
Imaged Certificate of Notice   Page 3 of 5

District/off: 0315-2 User: culy Page 2 of 4
Date Rcvd: Nov 30, 2020 Form ID: pdf900 Total Noticed: 66

Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14102343 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2020 03:11:00 | Allegheny Power, POB 1392, Fairmont, WV 26555-1392 |
| 14102342 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2020 03:11:00 | Allegheny Power, 800 Cabin Hill Drive, Greensburg, PA 15606-0001 |
| 14102354 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 01 2020 03:33:11 | Capital One BAnk USA N.A., c/o TSYS Debt Mgmt., POB 5155, Norcross, GA 30091 |
| 14121123 | + | Email/Text: gocadle@cadleco.com | Dec 01 2020 03:11:00 | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102351 | + | Email/Text: cms-bk@cms-collect.com | Dec 01 2020 03:10:00 | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102353 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 01 2020 03:31:13 | Capital One, POB 70884, Charlotte, NC 28272-0884 |
| 14126228 | + | Email/Text: bankruptcy@cavps.com | Dec 01 2020 03:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14102361 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 01 2020 03:12:00 | Credit Collection Service, POB 55126, Boston, MA 02205-5126 |
| 14102363 | + | Email/PDF: pa_dc_ed@navient.com | Dec 01 2020 03:33:15 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102365 | + | Email/Text: Bankruptcy.Consumer@dish.com | Dec 01 2020 03:11:00 | Dish Network, POB 6633, Englewood, CO 80155-6633 |
| 14102368 | + | Email/Text: bknotice@ercbpo.com | Dec 01 2020 03:11:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14102369 | + | Email/Text: bknotice@ercbpo.com | Dec 01 2020 03:11:00 | Erc, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14102371 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 01 2020 03:09:00 | G M A C, Po Box 535160, Pittsburgh, PA 15253-5160 |
| 14102355 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 01 2020 03:31:12 | Chase Bank USA, POB 15145, Wilmington, DE 19850 |
| 14102356 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 01 2020 03:31:12 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14102395 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 01 2020 03:33:10 | Washington Mutual, POB 660487, Dallas, TX 75266 |
| 14164623 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2020 03:32:16 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15074131 | | Email/Text: jennifer.chacon@spservicing.com | Dec 01 2020 03:12:00 | Legacy Mortgage Asset Trust 2019-GS4, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14102381 | + | Email/Text: egssupportservices@alorica.com | Dec 01 2020 03:11:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14158458 | | Email/PDF: pa_dc_ed@navient.com | Dec 01 2020 03:33:15 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14108882 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 01 2020 03:10:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14102386 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2020 03:31:17 | PRA Receivables Management, POB 12914, Norfolk, VA 23541-0914 |
| 14102346 | | Email/PDF: cbp@onemainfinancial.com | Dec 01 2020 03:33:07 | American General, POB 3251, Evansville, IN 47731 |
| 14102387 | + | Email/PDF: pa_dc_claims@navient.com | Dec 01 2020 03:31:17 | Sallie Mae, POB 9532, Wilkes Barre, PA |

Case 15-23234-JAD  Doc 135  Filed 12/02/20  Entered 12/03/20 00:41:20  Desc
Imaged Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 30, 2020 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | | 18773-9532 |
| 14102388 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | Dec 01 2020 03:33:15 | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 14102393 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 01 2020 03:09:00 | Verizon, POB 660748, Dallas, TX 75266-0748 |
| 14102399 | + | Email/Text: RMOpsSupport@alorica.com | | |
| | | | Dec 01 2020 03:11:00 | West Asset Management, POB 790113, Saint Louis, MO 63179-0113 |
| 14102400 | | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Dec 01 2020 03:11:00 | West Penn Power, POB 3615, Akron, OH 44309-3615 |
| 14160416 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Dec 01 2020 03:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Borough of Oakdale |
| cr | | Legacy Mortgage Asset Trust 2019-GS4 |
| cr | | WELLS FARGO BANK, N.A. |
| cr | | West Allegheny School District |
| cr | *+ | CadleRock III, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14102359 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14102360 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, POB 742537, Cincinnati, OH 45274 |
| 14136595 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of Pa., PO Box 117, Columbus, OH 43216 |
| 14102352 | *+ | Capital Management, 726 Exchange Street, Buffalo, NY 14210-1485 |
| 14102364 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14102374 | *+ | Hfc, Po Box 9068, Brandon, FL 33509-9068 |
| 14102389 | *+ | Slm Financial Corp, 11100 Usa Pkwy, Fishers, IN 46037-9203 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2020                    Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 alubin@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | |

District/off: 0315-2  User: culy  Page 4 of 4
Date Rcvd: Nov 30, 2020  Form ID: pdf900  Total Noticed: 66

    on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS4 bnicholas@kmllawgroup.com

Gary William Short
    on behalf of Debtor Natalie A. Schirripa garyshortlegal@gmail.com gwshort@verizon.net

Gary William Short
    on behalf of Plaintiff Natalie A. Schirripa garyshortlegal@gmail.com gwshort@verizon.net

Jeffrey R. Hunt
    on behalf of Creditor West Allegheny School District jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Oakdale jhunt@grblaw.com cnoroski@grblaw.com

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9