**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br><br>NATALIE A. SCHIRRIPA<br><br>Debtor(s) | Case No. 15-23234JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/04/2015.

2) The plan was confirmed on 12/18/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 08/29/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/21/2020.

5) The case was completed on 10/13/2020.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,069.00.

10) Amount of unsecured claims discharged without payment: $94,303.69.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $104,200.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$104,200.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $14,186.79 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $4,931.57 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$19,428.36**

Attorney fees paid and disclosed by debtor:    $19.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 0.00 | 3,501.11 | 3,501.11 | 98.77 | 0.00 |
| ARROW FINANCIAL SERVICES++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CADLEROCK III LLC | Unsecured | 45,000.00 | 59,901.49 | 59,901.49 | 1,689.82 | 0.00 |
| CAPITAL MANAGEMENT SVCS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SVCS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASH COLLECTIONS SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 0.00 | 27,083.63 | 27,083.63 | 764.03 | 0.00 |
| CHASE MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 0.00 | 56.89 | 56.89 | 1.60 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMC MORTGAGE CORP(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ERC | Unsecured | 1,324.00 | NA | NA | 0.00 | 0.00 |
| FIRST ENERGY/WEST PENN POWER* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST ENERGY/WEST PENN POWER* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GALAXY INTERNATIONAL PURCHAS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CDC**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CDC**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOUSEHOLD FINANCE CDC**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CDC**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 0.00 | 4,584.08 | 4,584.08 | 129.32 | 0.00 |
| NATIONAL AMERICAN CREDIT CORI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL AMERICAN CREDIT CORI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ENTERPRISE SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 2,354.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS LLC O/B/O US | Unsecured | 4,529.00 | 6,890.87 | 6,890.87 | 194.39 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OAKDALE BOROUGH(WATER/SWG/C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 41,000.00 | 57,083.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTNOFF LAW ASSOCIATES LTD** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 313,177.00 | 306,034.56 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 0.00 | 7,069.25 | 7,069.25 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 252,757.23 | 0.00 | 74,353.24 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 152,075.84 | 0.00 | 0.00 | 0.00 |
| SIM FINANCIAL CORPORATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SIM FINANCIAL CORPORATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STEPHEN W. DECKER++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STONE AND STONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRACE EVIDENCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK* ++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL DISCOUN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST ALLEGHENY SD & OAKDALE I | Priority | NA | 457.66 | 457.66 | 457.66 | 0.00 |
| WEST ASSET MANAGEMENT++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 0.00 | 480.59 | 480.59 | 13.56 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $7,069.25 | $81,422.49 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,069.25** | **$81,422.49** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $457.66 | $457.66 | $0.00 |
| **TOTAL PRIORITY:** | **$457.66** | **$457.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$102,498.66** | **$2,891.49** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $19,428.36 |
| Disbursements to Creditors | $84,771.64 |
| **TOTAL DISBURSEMENTS :** | **$104,200.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/08/2021                              By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**